IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA,
    Plaintiff,

vs.                                CASE NO.:  3:08cv13/MCR/MD

ERNIE LEE MAGAHA,
    Defendant.
                                  /

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 14, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice to its refiling accompanied by the payment of the full $350.00 filing fee.

DONE AND ORDERED this 31st day of January, 2008.

                                             s/ *M. Casey Rodgers*
                                          M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE